UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,         ORDER

  v.            Criminal No. 09-123 ADM/SRN

SHEPARD JACKSON,

    Defendant.

---

  Before the Court is the Report and Recommendation of Magistrate Judge Susan Richard Nelson dated July 7, 2009. After a review of the files and records herein, and no objections having been filed to said recommendation, IT IS HEREBY ORDERED that Defendant's Motion to Suppress Evidence Obtained by Illegal Search and Seizure (Docket No. 12) is DENIED.

Dated: July 28, 2009

                s/Ann D. Montgomery

                _____
                JUDGE ANN D. MONTGOMERY
                UNITED STATES DISTRICT COURT